1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  MICHAEL PETRIK, JR., Bar #177913
   Staff Attorney/Misdememanor Unit
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ARMADO MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>ARMADO MENDOZA,<br><br>              Defendant.<br>_____ | Mag. 09-00012-GGH<br><br>STIPULATION AND ORDER<br><br>Date:   June 24, 2009<br>Time:   9:00 a.m.<br>Judge:  Hon. Gregory G. Hollows |

     The United States Attorney through their respective counsel, Matthew Stegman, Assistant United States Attorney, and Michael Petrik, Jr., Attorney for ARMADO MENDOZA, hereby stipulate that the control date currently set for April 22, 2009, at 9:00 a.m., be continued to June 24, 2009, at 9:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

1  This continuance is requested because the defendant needs additional time to pay his fine.

Dated: April 14, 2009                    Respectfully submitted,

                                         DANIEL BRODERICK
                                         Federal Defender

                                         /s/ M.Petrik
                                         MICHAEL PETRIK, JR.
                                         Staff Attorney/Misdemeanor Unit
                                         Attorneys for AMADO MENDOZA


Dated:   April 14, 2009                  LAWRENCE G. BROWN
                                         Acting United States Attorney

                                         /s/ Matthew Stegman

                                         MATTHEW STEGMAN
                                         Assistant United States Attorney


**ORDER**

**IT IS SO ORDERED.**

DATED: April 17, 2009
                                         /s/ Gregory G. Hollows

                                         HON. GREGORY G. HOLLOWS
                                         United States Magistrate Judge

mendoza.eot